IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEANNE KREIKEMEIER, As Guardian Of, ANDREW KREIKEMEIER, A Minor, and NATHAN KREIKEMEIER, A Minor, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV562 |
| v. | ) ) ) | |
| STUART NADGWICK, Individually And In His Official Capacity As Police Officer Of The City of Fremont, Nebraska, LEEANN SCHLUETER, Individually And In Her Official Capacity As Police Officer Of The City of Scribner, Nebraska, JAMES BRAINARD, Individually And In His Official Capacity As Police Officer Of The City of Scribner, Nebraska,  and ANDREA HUNTER, individually and in her official capacity as police officer of the City of Fremont, Nebraska, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

The matter before the court is the parties' Stipulation and Joint Motion for Dismiss with Prejudice, Filing No. 42.  The court finds that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiffs' cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 12th day of February, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge